UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:16-21689-CIV-MORENO

RAFAEL BOAS,

       Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

**TO THE CLERK:**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. (41)a within 30 days.

Dated: August 30, 2016

        /s/ Shaya Markovic
        Shaya Markovic, Esq.
        Florida Bar # 92858
        Shaya@markoviclaw.com
        *Attorney for Plaintiff*
        Law Office of Shaya Markovic, P.A.
        1221 South 21st Avenue
        Hollywood, FL 33020
        Telephone: 954-399-9850
        Facsimile: 954-399-9854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 30, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joshua H. Threadcraft
Florida Bar 96153
**BURR & FORMAN LLP**
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205)251-3000
Facsimile: (205)413-8701
Email: Joshua.Threadcraft@burr.com

/s/ Shaya Markovic
Shaya Markovic, Esq.
Florida Bar # 92858
Shaya@markoviclaw.com
*Attorney for Plaintiff*
Law Office of Shaya Markovic, P.A.
1221 South 21st Avenue
Hollywood, FL 33020
Telephone: 954-399-9850
Facsimile: 954-399-9854