UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:16-21689-CIV-MORENO

RAFAEL BOAS,

        Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

        Defendant.
_____/

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) having amicably resolved all matters in controversy, the Plaintiff files this Notice of Dismissal with Prejudice of this action. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

| | |
|---|---|
| By:/s/ Shaya Markovic<br>Shaya Markovic, Esq.<br>Florida Bar # 92858<br>Shaya@markoviclaw.com<br>*Attorney for Plaintiff*<br>Law Office of Shaya Markovic, P.A.<br>1221 South 21st Avenue<br>Hollywood, FL 33020<br>Telephone: 954-399-9850<br>Facsimile: 954-399-9854 | Joshua H. Threadcraft<br>Florida Bar 96153<br>**BURR & FORMAN LLP**<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205)251-3000<br>Facsimile: (205)413-8701<br>Email: Joshua.Threadcraft@burr.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 16, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joshua H. Threadcraft
Florida Bar 96153
**BURR & FORMAN LLP**
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205)251-3000
Facsimile: (205)413-8701
Email: Joshua.Threadcraft@burr.com

/s/ Shaya Markovic
Shaya Markovic, Esq.
Florida Bar # 92858
Shaya@markoviclaw.com
*Attorney for Plaintiff*
Law Office of Shaya Markovic, P.A.
1221 South 21st Avenue
Hollywood, FL 33020
Telephone: 954-399-9850
Facsimile: 954-399-9854