UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **16-21689-CIV-MORENO**

RAFAEL BOAS,

    Plaintiff,

vs.

CAPITAL ONE BANK, USA NA,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Dismissal **(D.E. 20)**, filed on **October 16, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate. The Court retains jurisdiction to enforce the settlement for six months from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___17___ of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record